IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>LEDON M. HATCLIFF,<br><br>              Defendant. | 4:12CR3007<br><br>**MEMORANDUM AND ORDER** |

The defendant has moved to modify the conditions of his release, asking the court to permit him to attend drug treatment. Based on the information within the Pretrial Services Report (filing no. 7),

> The defendant has a substantial criminal record, indicating a propensity to violate the law and orders of the court;
>
> The defendant has a history and propensity to inflict or threaten to inflict bodily harm on others; and
>
> The defendant has failed to appear for court proceedings.

Accordingly,

IT IS ORDERED that the defendant's motion to modify conditions of release, (filing no. 29), is denied. The defendant shall remain detained.

August 27, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge