IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12-CR-3007 |
| vs. | ORDER |
| LEDON M. HATCLIFF, | |
| Defendant. | |

IT IS ORDERED:

1. The government's Motion for Extension of Time (filing 72) is granted.

2. The government may respond to the defendant's motion to vacate (filing 69) on or before May 29, 2015.

3. The Clerk of the Court shall mail a copy of this order to the defendant at his address of record.

Dated this 22nd day of May, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge