IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12-CR-3007 |
| vs. | |
| LEDON M. HATCLIFF, | ORDER |
| Defendant. | |

This matter is before the Court on correspondence from the defendant (filing 77) that the Court construes as a motion for appointment of counsel. The Court will deny the motion because it is moot: the Federal Public Defender has *already* been appointed to represent the defendant with respect to any sentence reduction available pursuant to Amendment 782 to the Sentencing Guidelines. *See*, General Order No. 2014-06; General Order No. 2014-09. Pursuant to General Order No. 2014-09, the Federal Public Defender will file a motion when the matter is ready for progression.[1]

IT IS ORDERED:

1.  The defendant's motion to appoint counsel (filing 77) is denied as moot.

2.  The Clerk of the Court shall provide a copy of this order to the above-captioned defendant and to all counsel.

Dated this 17th day of August, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge

---

[1] The Court understands that the defendant is, no doubt, anxious to learn whether his sentence will be reduced, and by how many months. But General Order No. 2014-09 was entered in no fewer than 564 cases in Nebraska, so some patience may be required.