IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12-CR-3007 |
| vs. | ORDER |
| LEDON M. HATCLIFF, | |
| Defendant. | |

This matter is before the Court on the defendant's "Request to Respond & Request to Amend" (filing 88). The defendant asks for leave to file a sur-sur-reply addressing the government's reply and surreply to his 28 U.S.C. § 2255 motion. The Court will deny the motion. This case has already seen several rounds of briefing, and the Court sees no reason to add another.

The defendant's motion also asks for an evidentiary hearing and appointment of counsel. The Court will deny those requests without prejudice; the Court will decide in connection with the defendant's § 2255 motion whether an evidentiary hearing is required and, if so, will appoint counsel at that time.

IT IS ORDERED that the defendant's "Request to Respond & Request to Amend" (filing 88) is denied.

Dated this 24th day of May, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge