## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12-CR-3007 |
| vs. | ORDER |
| LEDON M. HATCLIFF, | |
| Defendant. | |

The above-named defendant is seeking relief under 28 U.S.C. § 2255 and is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Accordingly,

IT IS ORDERED:

1.   Joshua D. Barber is appointed, and shall promptly enter an appearance as counsel for the above-named defendant.

2.   The Federal Public Defender's Office shall provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3.   The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and to the appointed attorney.

4.   The Clerk shall mail a copy of this order to the defendant at his address of record.

Dated this 15th day of November, 2016.

BY THE COURT:

_____

John M. Gerrard
United States District Judge