IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>LEDON M. HATCLIFF,<br><br>          Defendant. | **4:12CR3007**<br><br><br>**ORDER** |

IT IS ORDERED:

1)    Defendant's motion to continue, (Filing No. 105), is granted.

2)    The evidentiary hearing on Defendant's motion to vacate, (Filing No. 69), will be held before the undersigned magistrate judge on August 25, 2017 at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

June 23, 2017.

                        BY THE COURT:

                        *s/ Cheryl R. Zwart*
                        United States Magistrate Judge