IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12CR3007 |
| vs. | ORDER |
| LEDON M. HATCLIFF, | |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 107), is granted.

2) The evidentiary hearing on Defendant's motion to vacate, (Filing No. 69), will be held before the undersigned magistrate judge on September 27, 2017 at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

August 17, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge