IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12-CR-3007 |
| vs. | ORDER |
| LEDON M. HATCLIFF, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 135) is granted.

2. The operative petition for offender under supervision (filing 121) is dismissed.

3. The July 29, 2021 hearing is cancelled.

Dated this 21st day of July, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge